UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| SAMUEL A. COUNTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 09-12144-RGS |
| ) | |
| ROBERT W. HEALY, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER ON DEFENDANTS' MOTION TO STRIKE

June 11, 2010

SOROKIN, M.J.

        The Defendants have filed a Motion to Strike (Docket # 14) the Second Motion to Amend

filed by the Plaintiffs.  The sole ground asserted in support of the motion is that the Plaintiff's

Motion to Amend (due by Court Order on May 3, 2010) was late in that Plaintiff's counsel filed

the Motion electronically at 10:41 p.m. on May 3, 2010.  Local Rule 5.4 provides that "All

electronic transmissions of documents must be completed prior to 6:00 p.m to be considered

timely filed that day."

        This motion elevates form over substance and contravenes the spirit of the Federal Rules

of Civil Procedure which provide that the rules "should be construed and administered to secure

the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P.

1.  In addition, this motion was filed before complying with all of the prerequisites to the filing of

a motion with the Court.  Specifically, Local Rule 7.1(2) governing Motion Practice provides:

> No motion shall be filed unless counsel certify that they have conferred and have
> attempted in good faith to resolve or narrow the issue.

The Court would expect that any dispute arising out of the 10:41 p.m. filing by the

Plaintiff's counsel would, in all likelihood, have been resolved by counsel in the course of the

mandatory conferral process.

Accordingly, the Motion to Strike (Docket #17) is DENIED.

SO ORDERED,

    /s / Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE