UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-12144-RGS

SAMUEL A. COUNTER

v.

ROBERT W. HEALY, ET AL.

MEMORANDUM AND ORDER ON
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

July 13, 2010

STEARNS, D.J.

I agree with the substance of Magistrate Judge Sorokin's Report. Defendants' original argument (remounted in the Objection), that a finding of probable cause by the state District Court precludes the false arrest claim, is more simply answered by the fact that Massachusetts (and federal) law is to the contrary. A finding of probable cause for prosecution by a district court judge is not conclusive but merely evidence that a jury can consider on the issue of the existence of probable cause. Willis v. Gurry, 331 Mass. 19, 22 (1954). See also Perkins v. Spaulding, 182 Mass. 218, 220 (1902) (same, grand jury indictment); Moore v. Hartman, 571 F.3d 62, 67 (D.C. Cir. 2009) (same, collecting federal cases).

In all other respects, I agree with Magistrate Judge Sorokin's conclusions and consequently ADOPT his Recommendations. The motion to amend (Docket #14) is ALLOWED. The motion to dismiss (Docket #2) is DENIED as moot. The opposition to the second motion to amend (Docket #16) is restyled (as recommended) as a motion to

dismiss and is <u>DENIED</u>.[1]  The Clerk will return the file to Magistrate Judge Sorokin for all subsequent purposes.

          SO ORDERED.

          /s/ Richard G. Stearns

          _____
          UNITED STATES DISTRICT JUDGE

---

[1] The motion for reconsideration (Docket #20) is <u>DENIED</u>.  Defendants' understandable confusion was created by the inclusion of the separate Orders of the Magistrate Judge with regard to the original motion to amend (Docket #2) and the second motion to amend (Docket #14) in the body of the Recommendations regarding the outstanding motions that were the subject of the Report and Recommendation to this court.